# EXHIBIT B



## IMMUNOSYN CORPORATION SIGNS EXPANDED LICENSE AGREEMENT

October 25, 2007

La Jolla, CA ... PR Newswire... Immunosyn Corporation (IMYN.OTC.BB) announced that on October 25, 2007 it entered into an Amended and Restated License Agreement with its largest shareholder, Argyll Biotechnologies, LLC, to market, sell and distribute the biopharmaceutical SF-1019.

The amended license agreement expands the grant of rights to Immunosyn to include the exclusive worldwide right to market, sell, distribute and promote SF-1019 in its current form for multiple uses including the treatment of any and all diseases and pathological conditions (not just Chronic Inflammatory Demyelinating Polyneuropathy (CIDP), Diabetic Neuropathy (DN) and diabetic ulcers (DU)). Immunosyn is further granted the rights to any improvement of SF-1019 and other compounds, which are developed under the same technology platform and which are chemically similar to SF-1019. In conjunction, Immunosyn also obtained an exclusive, worldwide license to all intellectual property owned by or assigned to Argyll Biotechnologies, LLC for the purpose of marketing, distribution, sale and promotion of SF-1019. Immunosyn continues to have the right of first offer to enter into additional license agreements for uses of other compounds that are developed and which are not already covered under the amended license agreement.

"Immunosyn is excited about entering into this amended license agreement with Argyll Biotechnologies, LLC. Our expanded grant of rights provides us with more flexibility and opportunities as the possibilities of this promising biopharmaceutical unfold," noted Stephen Ferrone, Immunosyn's CEO.

### About Immunosyn Corporation

La Jolla, CA-headquartered Immunosyn Corporation (IMYN.OTC.BB) plans to market and distribute life enhancing therapeutics. Currently, the company has exclusive worldwide rights from its largest shareholder, Argyll Biotechnologies, LLC, to market, sell and distribute SF-1019, a compound that was developed from extensive research into Biological Response Modifiers (BRMs). Argyll Biotechnologies, LLC has initiated the process for regulatory approval of SF-1019 in several countries and preparations for clinical trials are underway in both the US and Europe. Research suggests that SF-1019 has the potential to affect a number of clinical conditions including complications from Diabetic Mellitus such as Diabetic Neuropathy (DN) and diabetic ulcers (DU), auto-immune disorders such as Multiple Sclerosis (MS) and neurological disorders such as Chronic Inflammatory Demyelinating Polyneuropathy (CIDP) and Reflex Sympathetic Dystrophy Syndrome (RSD or RSDS). (For more information on Immunosyn and SF-1019 go to www.immunosyn.com)

~ ~ ~

4225 Executive Square   Suite 260   La Jolla, CA 92037   888.853.3663 office   888.851.7143 fax   www.immunosyn.com

The above news release contains forward-looking statements. These statements are based on assumptions that management believes are reasonable based on currently available information, and include statements regarding the intent, belief or current expectations of the Company and its management. Prospective investors are cautioned that any such forward-looking statements are not guarantees of future performance, and are subject to a wide range of business risks, external factors and uncertainties. Actual results may differ materially from those indicated by such forward-looking statements. For additional information, please consult the Company's most recent public filings and Annual Report on Form 10-K for its most recent fiscal year. The Company assumes no obligation to update the information contained in this press release, whether as a result of new information, future events or otherwise.