# EXHIBIT C



News Article downloaded from - http://www.bioportfolio.com on Monday, August 03, 2009
Read Immunosyn Announces Proposed Agreements for Distribution of the Biopharmaceutical SF-1019 in Utah on BioPortfolio.com
(http://www.bioportfolio.com/news/Immunosyn_Announces_Proposed_Agreements_for.html)

# Immunosyn Announces Proposed Agreements for Distribution of the Biopharmaceutical SF-1019 in Utah

## Wednesday 16th of July 2008 9:00

BioPortfolio no longer holds the full text of this article. Follow the above links to seek an online version.

LA JOLLA, Calif., July 16 /PRNewswire-FirstCall/ -- Immunosyn Corporation (OTC Bulletin Board: IMYN) announced today that the distribution of SF-1019 in the State of Utah is anticipated to begin shortly through Renewed Hope Clinic in Beaver, Utah.

Immunosyn is negotiating an exclusive license agreement for the administration and distribution of SF-1019 in the State of Utah with Utah Biopharmaceutical Laboratories, LLC.

Immunosyn has been advised by Argyll Biotechnologies, LLC, the licensor of SF-1019, Immunosyn's strategic partner and its largest shareholder, that Argyll Biotech is negotiating a three-party agreement with its current domestic third party manufacturer and Utah Biopharmaceutical Laboratories for Utah Biopharmaceuticals Laboratories to be a third party manufacturer of SF-1019 in the State of Utah. Argyll Biotech has worked for several years on developing the manufacturing processes, protocols, safety procedures and guidelines for SF-1019. Immunosyn, together with Argyll Biotech and Utah Biopharmaceutical Laboratories, is working to finalize Distribution Management and Information Component Systems that will be implemented to define protocols to assure patient safety and regulatory compliance in Utah prior to treatment commencing.

The combination of the proposed license and manufacturing agreements will allow for SF-1019 to be administered in the State of Utah exclusively by Utah Biopharmaceutical Laboratories through Renewed Hope Clinic which is located in Beaver, Utah.

"I am excited to have the ability to treat patients with this therapeutic modality, which is not yet available elsewhere in the U.S. My review of the scientific background, preclinical testing, initial safety evaluations and studies performed under compassionate waivers, coupled with the therapeutic benefits I have witnessed, give me confidence in the benefit my patients will receive from SF-1019 treatment," said Mitchell J. Melling, MD, Manager of Utah Biopharmaceutical Laboratories, LLC.

Stephen D. Ferrone, President and CEO of Immunosyn, stated, "Utah Biopharmaceutical Laboratories sought the ability to distribute SF-1019 in the State of Utah as a result of the compelling desire of patients who are seeking this treatment after their having failed conventional, FDA approved therapy. This patient demand stemmed from the perceived benefit of treatment in patients who participated in early preclinical studies and

who desire ongoing access to SF-1019 to alleviate their symptoms."

Ferrone added, "Argyll Biotech advises us that they plan to continue the process to obtain full regulatory approvals for the marketing of SF-1019 in both Europe and the U.S."

"This is an exciting early-stage development as this puts revenue producing capabilities within short-term range for the company," stated Douglas A. McClain, Jr., Chairman of the Board and CFO of Immunosyn.

About Utah Biopharmaceutical Laboratories, LLC

Utah Biopharmaceutical Laboratories was organized for the purpose of manufacturing SF-1019 for administering and distributing by United Biopharmaceutical Laboratories through the Renewed Hope Clinic under the direction of Mitchell J. Melling, MD in the State of Utah.

About Renewed Hope Clinic

Located in Beaver, Utah at 95 North 400 East, Renewed Hope Clinic is managed by Mitchell Melling, MD who is Board Certified in Family Practice in the State of Utah. Renewed Hope Clinic is a family practice center, emphasizing treatment of autoimmune and infectious diseases.

About Immunosyn Corporation

La Jolla, CA-headquartered Immunosyn Corporation (OTC Bulletin Board: IMYN) plans to market and distribute life enhancing therapeutics. Currently, the company has exclusive worldwide rights from its largest shareholder, Argyll Biotechnologies, LLC, to market, sell and distribute SF-1019, a compound that was developed from extensive research into Biological Response Modifiers (BRMs). Argyll Biotechnologies, LLC has initiated the process for regulatory approval of SF-1019 in several countries and preparations for clinical trials are underway in both the U.S. and Europe. Research suggests that SF-1019 has the potential to affect a number of clinical conditions including complications from Diabetic Mellitus such as Diabetic Neuropathy (DN) and diabetic ulcers (DU), auto-immune disorders such as Multiple Sclerosis (MS) and neurological disorders such as Chronic Inflammatory Demyelinating Polyneuropathy (CIDP) and Reflex Sympathetic Dystrophy Syndrome (RSD or RSDS). (For more information on Immunosyn and SF-1019 go to http://www.immunosyn.com).

The above news release contains forward-looking statements. These statements are based on assumptions that management believes are reasonable based on currently available information, and include statements regarding the intent, belief or current expectations of the Company and its management. Prospective investors are cautioned that any such forward-looking statements are not guarantees of future performance, and are subject to a wide range of business risks, external factors and uncertainties. Actual results may differ materially from those indicated by such forward-looking statements. For additional information, please consult the Company&apos;s most recent public filings and Annual Report on Form 10-K for its most recent fiscal year. The Company assumes no obligation to update the information contained in this press release, whether as a result of new information, future events or otherwise.

SOURCE Immunosyn Corporation


Via PR Newswire - PRNewswire.co.uk

Nothing in this document should be used in place of personal medical advice from your own qualified medical practitioner. See BioPortfolio.com User Agreement

Send comments and feedback to:

```
```
Peter Barfoot Managing Director, BioPortfolio Ltd.
UK Tel: (+44) 1300 321501
USA Voicemail and Fax: (+1) 415 680 2472
Peter Barfoot peter.barfoot@bioportfolio.com

Peter Barfoot Managing Director, BioPortfolio Ltd.
UK Tel: (+44) 1300 321501
USA Voicemail and Fax: (+1) 415 680 2472
Peter Barfoot peter.barfoot@bioportfolio.com

All rights reserved. All other trademarks recognized.
BioPortfolio Limited is registered in England & Wales at Stafford House, 10 Prince of Wales Road, Dorchester, Dorset, DT1 1PW, UK. No.3312883 VAT No. GB 744 6483 10
Copyright 1997-2009 - BioPortfolio Limited.

Portfolio